THE HONORABLE RONALD B. LEIGHTON

FILED _____ LODGED
_____ RECEIVED

JUN 19 2009

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

09-CV-05170-ORD

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MT. HAWLEY INSURANCE COMPANY, an Illinois Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>THE OLD SCHOOL PIZZERIA CORPORATION, a Washington Corporation, d/b/a KING SOLOMON'S REEF, and GEORGE WALSH,<br><br>Defendants. | NO. 3:09-cv-05170-RBL<br><br>ORDER AND JUDGMENT OF DEFAULT |

THIS MATTER having been presented on plaintiff Mt. Hawley Insurance Company's Motion for Entry of Default Judgment, with plaintiff having appeared through its counsel of record, and defendant The Old School Pizzeria Corporation having failed to appear, and the Court having considered the files and records herein,

NOW, THEREFORE, the Court hereby finds as follows:

1. This Court has jurisdiction over the parties and subject matter of this action.

2. Plaintiff filed a complaint for declaratory judgment in this matter on March 27, 2009 to establish that a November 12, 2008 fire was not covered by Mt. Hawley Insurance Company because (1) at the time of the fire, the insurance contract had expired and had not been renewed

ORDER AND JUDGMENT OF DEFAULT
NO: 3:09-cv-05170-RBL
404225/061609 1423/55910068

- 1 -

Betts
Patterson
Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

or otherwise extended and (2) the insurance contract contained a "Protective Safeguard" endorsement that excluded this type of loss.

3. The Old School Pizzeria Corporation was properly served with the complaint on April 15, 2009.

4. The Old School Pizzeria Corporation has not appeared, answered, or defended the action in any way.

Wherefore, on the basis of the foregoing, it is hereby

ORDERED, ADJUDGED AND DECREED:

1. Defendant The Old School Pizzeria Corporation is declared in default for failure to appear or defend this action.

2. Plaintiff Mt. Hawley Insurance Company is hereby awarded declaratory judgment that Mt. Hawley Insurance Company provided no coverage for the fire.

3. Mt. Hawley Insurance Company has no duty to make payment of any kind to The Old School Pizzeria Corporation with respect to any loss it may have incurred as a result of the fire with respect to the damaged premises, its personal property within, or loss of business income.

DATED this 19th day of June, 2009.

_____
UNITED STATES DISTRICT JUDGE

ORDER AND JUDGMENT OF DEFAULT
NO: 3:09-cv-05170-RBL
404225/061609 1423/55910068

- 2 -

Betts
Patterson
Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

Presented by:

*/s/ Christopher W. Tompkins*
Christopher W. Tompkins, WSBA # 11686
Attorneys for Mt. Hawley Insurance Company
BETTS, PATTERSON & MINES, P.S.
701 Pike Street, Suite 1400
Seattle, Washington 98101
Phone: 206-292-9988
Facsimile: 206-343-7053
E-mail: ctompkins@bpmlaw.com

**Certificate of Service**

I hereby certify that on this 1st day of June 2009, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to The Honorable Ronald B. Leighton

*/s/Shane Kangas*
Legal Assistant
BETTS, PATTERSON & MINES, P.S.
One Convention Place
701 Pike Street, Suite 1400
Seattle, Washington 98101-3927
Telephone: 206-292-9988
Facsimile: 206-343-7053
E-Mail: skangas@bpmlaw.com

ORDER AND JUDGMENT OF DEFAULT
NO: 3:09-cv-05170-RBL      - 3 -
404225/061609 1423/55910068

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988